**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01697-RBJ

RAY MONTOYA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order, docket entry 20 of Judge R. Brooke Jackson entered on 12/29/2014 it is

ORDERED that the decision of Commissioner of Social Security is affirmed and, accordingly, final judgment is entered in favor of defendant and against plaintiff.

Dated at Denver, Colorado this 29th day of December, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                By: s/   T.Schaffer
                              T.Schaffer
                              Deputy Clerk